(127 So. 791)

### Euell WHITE et al. v. STATE.
### 6 Div. 608.

Supreme Court of Alabama.
April 10, 1930.

Paine Denson, of Birmingham, for petitioners.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Euell White and Homer Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in White et al. v. State, 23 Ala. App. 412, 127 So. 791.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.